IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-00202-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRED D. GODLEY, JR., 436 CONE AVENUE LLC, and F.D. GODLEY NUMBER THREE LLC,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>  v.<br><br>TOWN OF PINEVILLE, MITCHELL COMMUNITY COLLEGE, MITCHELL COMMUNITY COLLEGE FOUNDATION AND ENDOWMENT FOR EXCELLENCE f/k/a MITCHELL COMMUNITY COLLEGE ENDOWMENT FOR EXCELLENCE, and IREDELL COUNTY,<br><br>    Third-Party Defendants. | ORDER |

## **ORDER**

**THIS MATTER** is before the Court on the "Consent Motion to Stay Proceedings [Sixty Days]" (document #38). The parties have agreed that the proposed stay would not effect adjudication of the pending "Motion to Strike" (document #25) or discovery between Plaintiff and Third-Party Defendants. Accordingly, the Court will extend the deadlines and trial setting sixty days rather than stay the case.

1

**IT IS HEREBY ORDERED** that:

1. The "Consent Motion to Stay Proceedings [Sixty Days]" (document #38) is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. The case deadlines and trial setting are extended as follows:

|  | **Original Deadline** | **Extended Deadline** |
|---|---|---|
| Discovery Completion | March 4, 2020 (Fact) | May 4, 2020 (Fact) |
|  | July 3, 2020 (Expert) | September 1, 2020 (Expert) |
| Expert Reports | April 3, 2020 (Plaintiff) | June 2, 2020 (Plaintiff and Third-Party Plaintiffs) |
|  | May 4, 2020 (Defendants) | July 3, 2020 (Defendants and Third-Party Defendants) |
|  | June 3, 2020 (Rebuttal) | August 3, 2020 (Rebuttal) |
| Mediation | July 21, 2020 | September 21, 2020 |
| Dispositive Motions | August 4, 2020 | October 5, 2020 |
| Oral Argument on MSJ's | September 14, 2020 | November 13, 2020 |
| Trial | January 6, 2021 | March 8, 2021 |

b. Third-Party Defendants Mitchell Community College, Mitchell Community College Foundation and Endowment for Excellence, and Iredell County's deadline to file amended counterclaims is extended to March 20, 2020.

2. The Clerk is directed to send copies of this Order to the parties' counsel <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 21, 2019

David S. Cayer
United States Magistrate Judge