# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00202-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Fred D. Godley Jr. | ) | |
| F.D. Godley Number Three, LLC | ) | |
| 436 Cone Avenue, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on January 6, 2022 in favor of Defendant as to Issue One and in favor of the Plaintiff as to Issue Two. Briefing on remaining issues to be scheduled by the Court.

January 7, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court